## Charlene M. CALOURO

v.

## Armand J. CALOURO.

No. 83–186–M.P.

Supreme Court of Rhode Island.

June 30, 1983.

Louis B. Cappuccio, Westerly, for petitioner.

William J. Gallogly, Westerly, for respondent.

**680**

## ORDER

The petition for writ of certiorari is denied.